

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-93,812-01

**In Re State of Texas Ex Rel. KIM OGG, Relator**

### ON EMERGENCY PETITION FOR WRIT OF MANDAMUS
### HARRIS COUNTY

**MCCLURE, J., delivered the opinion of a unanimous Court.**

## O P I N I O N

We filed and set this petition for a writ of mandamus to determine whether a trial court violates a ministerial duty by refusing to sign an order setting an execution date. The trial court subsequently signed an order for real party in interest's execution. As a result, there are no longer any justiciable issues since the claims in the present application have been rendered moot. The application is dismissed.


Delivered: February 1, 2023

Do not publish